UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUAN DONTE RAMSEY,<br><br>                                    Plaintiff,<br><br>v.<br><br>JEFF MACOMBER, Secretary of the California Department of Corrections and Rehabilitation,<br><br>                                    Defendant. | Case No.:  21-cv-00365-AJB-VET<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION (DOC. NO. 33) AND (2) DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

Before the Court is Plaintiff Jaquan Donte Ramsey's ("Ramsey") Petition for Writ of Habeas Corpus ("Petition"). (Doc. No. 1.) Pursuant to Civil Local Rule 72.1.d, the assigned magistrate judge for a prisoner case under 28 U.S.C. § 2254 not involving the death penalty must submit "a report containing proposed findings of fact and recommendations for disposition of the petition by the district judge." *See also* CivLR 72.3.e. Thus, also before the Court is Magistrate Judge Valerie E. Torres' Report and Recommendation Regarding Petition for Writ of Habeas Corpus (the "R&R"). (Doc. No. 33.) The Magistrate Judge recommends that Ramsey's Petition be denied. (*Id.* at 1–2.) The R&R instructed the parties to file written objections on or before March 31, 2026; and that any reply to the objections must be filed within seven days of the written objections. (*Id.* at 23.) No party has filed an objection or reply.

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district judge's duties in connection with a magistrate judge's report and recommendation. The district judge must "make a de novo determination of those portions of the report . . . to which objection is made[,]" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). In the absence of any objections, a district court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note to the 1983 amendment; *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Again, no party has filed an objection or reply to the R&R. Upon review, the Court finds the R&R is thorough, well-reasoned, and lacks any clear error. Accordingly, the Court:

(1)   **ADOPTS** the R&R in its entirety;

(2)   **DENIES** Ramsey's Petition; and

(3)   **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED**.

Dated:  May 14, 2026

Hon. Anthony J. Battaglia
United States District Judge

21-cv-00365-AJB-VET